No. 96–6291.   KIMBLE v. REHNQUIST, CHIEF JUSTICE OF THE UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition.